RECEIVED
IN LAKE CHARLES, LA.

OCT 13 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANTHONY A KNOX** | : | **DOCKET NO. 09-2173**<br>**SECTION "P"** |
| VS. | : | **JUDGE MINALDI** |
| **WARDEN, ELAYN HUNT**<br>**CORRECTIONAL CENTER** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues after noting that no objections have been filed, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 12 day of October, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE